USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 4/10/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ROYAL PARK INVESTMENTS SA/NV, et al.,

Plaintiffs,

- against -

HSBC BANK USA, NATIONAL ASSOCIATION,

Defendant.

**ORDER**

14-cv-8175 (SAS)

---------------------------------------------------------------X

BLACKROCK BALANCED CAPITAL PORTFOLIO (FI), et al.,

Plaintiffs,

-against-

HSBC BANK USA, NATIONAL ASSOCIATION,

Defendant.

14-cv-9366 (SAS)

---------------------------------------------------------------X

PHOENIX LIGHT SF LIMITED, et al.,

Plaintiffs,

-against-

HSBC BANK USA, NATIONAL ASSOCIATION

Defendant.

14-cv-10101 (SAS)

---------------------------------------------------------------X

| | |
|---|---|
| **NATIONAL CREDIT UNION ADMINISTRATION BOARD et al.,**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**HSBC BANK USA, NATIONAL ASSOCIATION,**<br><br>**Defendant.** | **15-cv-2144 (SAS)** |

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

As discussed at the conference on April 9, 2015, the Court sets the following dates for discovery. The parties will exchange initial disclosures on or before April 15, 2015. Initial requests for production of documents will be exchanged on April 29, 2015 for all issues. Rolling production of documents will begin May 22, 2015. During this time, the parties will meet and confer regarding the number of trusts that will be the subject of this initial discovery. A conference is set for June 24, 2015 at 4:30 p.m. to discuss the status of discovery and set additional dates.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated: April 10, 2015
New York, New York

**- Appearances -**

**For *BlackRock* Plaintiffs:**

Blair A. Nicholas, Esq.
Benjamin Galdston, Esq.
David R. Kaplan, Esq.
Lucas E. Gilmore, Esq.
Timothy A. Delange, Esq.
Bernstein Litowitz Berger & Grossmann LLP
12481 High Bluff Drive, Suite 300
San Diego, CA 92130
(858) 793-0070

Jeroen Van Kwawegen, Esq.
Hannah E. Ross, Esq.
Bernstein Litowitz Berger & Grossmann LLP
1285 Avenue of the Americas, 38th Fl.
New York, NY 10019
(212) 554-1400

**For *Royal Park* Plaintiff:**
Arthur C. Leahy, Esq.
Ashley M. Robinson, Esq.
Jennifer Nunez Caringal, Esq.
Steven W. Pepich, Esq.
Robbins Geller Rudman & Dowd LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 231-1058

Samuel H. Rudman, Esq.
Robbins Geller Rudman & Dowd LLP
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100

Christopher M. Wood, Esq.
Robbins Geller Rudman & Dowd LLP
One Montgomery Street, Suite 1800
San Francisco, CA 94104
(415) 288-4545

**For *Phoenix Light* Plaintiffs:**

David H. Wollmuth, Esq.
Melissa A. Finkelstein, Esq.
Randall R. Rainer, Esq.
Steven S. Fitzgerald, Esq.
Danielle A. D'Aquila, Esq.
William A. Maher, Esq.
Wollmuth Maher & Deutsch LLP
500 Fifth Ave., Suite 1200
New York, NY 10110
(212) 382-3300

George A. Zelcs, Esq.
Matthew Davies, Esq.
Maximilian C. Gibbons, Esq.
Korein Tillery, LLC
205 North Michigan Ave., Suite 1950
Chicago, IL 60601
(312) 641-9750

John A. Libra, Esq.
Korein Tillery, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844

**For *NCUA* Plaintiffs:**

David H. Wollmuth, Esq.

Steven S. Fitzgerald, Esq.
Danielle A. D'Aquila, Esq.
William A. Maher, Esq.
Ryan A. Kane, Esq.
Wollmuth Maher & Deutsch LLP
500 Fifth Ave., Suite 1200
New York, NY 10110
(212) 382-3300

George A. Zelcs, Esq.
Matthew Davies, Esq.
Maximilian C. Gibbons, Esq.
Korein Tillery, LLC
205 North Michigan Ave., Suite 1950
Chicago, IL 60601
(312) 641-9750

John A. Libra, Esq.
Steven M. Tillery, Esq.
Korein Tillery, LLC
505 North 7th Street, Suite 3600
St. Louis, MO 63101
(314) 241-4844

**For Defendant:**

Andrew W. Rudge, Esq.
George A. Borden, Esq.
Kevin M. Hodges, Esq.
Vidya Atre Mirmira, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

Michael Orth Ware, Esq.
Mayer Brown LLP
1675 Broadway
New York, NY 10019
(212) 506-2500

Jennifer M. Rosa, Esq.
Mayer Brown LLP
1999 K Street, N.W.
Washington, DC 20006
(202) 263-3300