# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROYAL PARK INVESTMENTS SA/NA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>　　　　　Defendant. | Case No. 14-CV-8175-LGS-SN |
| BLACKROCK BALANCED CAPITAL PORTFOLIO (FI), *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>　　　　　Defendant. | Case No. 14-CV-9366-LGS-SN |
| PHOENIX LIGHT SF LIMITED, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>　　　　　Defendant. | Case No. 14-CV-10101-LGS-SN |
| NATIONAL CREDIT UNION ADMINISTRATION BOARD, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HSBC BANK USA, NATIONAL ASSOCIATION,<br><br>　　　　　Defendant. | Case No. 15-CV-2144-LGS-SN |

| | |
|---|---|
| COMMERZBANK AG, <br><br> Plaintiff, <br> v. <br> HSBC BANK USA, NATIONAL ASSOCIATION, <br><br> Defendant. | Case No. 15-CV-10032-LGS-SN |
| TRIAXX PRIME CDO 2006-1, *et al.*, <br><br> Plaintiffs, <br> v. <br> HSBC BANK USA, NATIONAL ASSOCIATION, <br><br> Defendant. | Case No. 15-CV-10096-LGS-SN |

## NOTICE OF SECONDMENT

PLEASE TAKE NOTICE that I, Lauren H. Uhlig, an associate at Williams & Connolly LLP, attorneys of record for Defendant HSBC Bank USA, National Association ("HSBC") in the above-captioned actions, will be taking a secondment from Williams & Connolly to join the Maryland Office of the Public Defender from March 19, 2018, through September 24, 2018. During this time period, I will not represent HSBC.  HSBC will continue to be represented by all other Williams & Connolly LLP attorneys of record identified on the CM/ECF docket.  Upon my return, I will resume representation of HSBC in addition to the other Williams & Connolly LLP attorneys of record.

Dated:  March 15, 2018               Respectfully submitted,

                                     /s/  *Lauren H. Uhlig*
                                     Lauren H. Uhlig
                                     WILLIAMS & CONNOLLY LLP
                                     725 Twelfth Street, N.W.

Washington, DC 20005  
Telephone: (202) 434-5000  
Facsimile: (202) 434-5029  
luhlig@wc.com

*Attorney for HSBC Bank USA, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2018, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this matter who are on the CM/ECF system.

/s/ *Lauren H. Uhlig*
Lauren H. Uhlig